IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CATHY GAY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

       Petitioner,

v.

CASE NO. 1D15-5516

CITY OF ATLANTIC BEACH, FLORIDA,

       Respondent.

_____/

Opinion filed August 9, 2016.

Petition for Writ of Certiorari—Original Proceedings.

Cathy Gay, pro se, Petitioner.

Jeb T. Branham of Jeb T. Branham, P.A., Jacksonville, for Respondent.

PER CURIAM.

       DENIED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.